# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC C. RAJALA, as Bankruptcy Trustee for ETHANEX ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCGUIRE WOODS, LLP, <br><br> Defendant. | Case No. 08-CV-2638-CM-DJW |

### DECLARATION OF ANNE BENTLEY MCCRAY

I, Anne Bentley McCray, declare as follows:

1. My name is Anne Bentley McCray. I am over eighteen years of age, and am otherwise duly competent to attest to the matters set forth in this Declaration.

2. I am a Partner in the law firm McGuireWoods LLP ("McGuireWoods"), and have practiced law at McGuireWoods since 1997.

3. McGuireWoods retained Polsinelli Shughart to represent it in the above-captioned matter. I have worked with counsel at Polsinelli Shughart to identify McGuireWoods's sources of information and documents that may be responsive to Plaintiff's First Requests for Production of Documents. I am personally familiar with the processes used to gather the documents that may be produced to Plaintiff in this litigation.

4. I am assisting with document collection in this matter, and understand that:

- approximately 7600 documents, totaling approximately 54,387 pages, were reviewed to identify documents comprising the Ethanex file for production in this case;

- approximately 4,739 documents, totaling approximately 53,544 pages, were reviewed to identify responsive documents from the documents produced by McGuireWoods to the SEC, the SEC receiver, and the Department of Justice for production in this case;

- approximately 1,417 documents, totaling an as-yet unknown number of pages, are currently being reviewed to identify responsive ESI documents from McGuireWoods's internal Worksite Management document system.

5. I have worked and am presently working to gather responsive hard copy documents from internal personnel files, firm policy sources, firm marketing sources, and other firm sources.

6. E-mail files for relevant McGuireWoods personnel remain to be searched and reviewed. I understand, however, that those files contain, at minimum, more than 22 gigabytes of information.

Pursuant to 28 U.S.C § 1746, I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2010, in Richmond, Virginia.

*Anne B. McCray*
Anne Bentley McCray

2