IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC C. RAJALA, as Bankruptcy Trustee for ETHANEX ENERGY, INC.** | )<br>)<br>) |
| Plaintiff(s), | ) CIVIL ACTION<br>) CASE NO.  08-CV-2638 |
| v. | )<br>) |
| **MCGUIRE WOODS, LLP,** | )<br>) |
| Defendant(s). | ) |

**ORDER GRANTING THIRD JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST REQUESTS FOR ADMISSION TO PLAINTIFF, PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SECOND INTERROGATORIES TO PLAINTIFF, AND DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT**

Having considered the Third Joint Motion for Extension of Time for Plaintiff's Responses and Objections to Defendant's First Requests of Admission to Plaintiff, Plaintiff's Responses and Objections to Defendant's Second Interrogatories to Plaintiff, and Defendant's Responses and Objections to Plaintiff's First Requests for Admission, filed June 14, 2011, and for good cause shown, the Court finds that said Motion should be, and hereby is, sustained. Plaintiff shall have up to and including June 25, 2012 for service of his responses and objections to Defendant's Second Interrogatories to Plaintiff and responses and objections to Defendant's First Requests for Admission to Plaintiff.  Defendant shall have up to and including June 25, 2012 for service of its responses and objections to Plaintiff's First Requests for Admission.

Dated this 18th day of June, 2012.

s/ David J. Waxse
U.S. Magistrate Judge David J. Waxse